AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Karen Read )
)
)
*Petitioner* )
)
v. )   Case No. _____
Norfolk County Superior Court, Massachusetts Attorney General )   *(Supplied by Clerk of Court)*
)
)
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: Karen Read
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: N/A
   (b) Address: N/A

   (c) Your identification number: N/A
3. Are you currently being held on orders by:
   ☐ Federal authorities    ☑ State authorities    ☐ Other - explain: _____

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: N/A

      (b) Docket number of criminal case: N/A
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: Released on bail pending trial on criminal charges

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
☑ Other *(explain)*: I am claiming that my April 2025 retrial violates my federal Double Jeopardy rights.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Norfolk County Superior Court
   (b) Docket number, case number, or opinion number: Criminal Action 22-00117
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   Order denying motion to dismiss

   (d) Date of the decision or action: 08/22/2024

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes ❏ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Supreme Judicial Court
       (2) Date of filing: 09/19/2024
       (3) Docket number, case number, or opinion number: SJC-13663
       (4) Result: Affirmed
       (5) Date of result: 02/11/2025
       (6) Issues raised: (1) whether the jury's unanimous conclusion following trial that Ms. Read is not guilty on Counts 1 and 3 constitutes an acquittal and precludes re-prosecution; (2) whether, alternatively, the defense is entitled to a post-verdict judicial inquiry to determine whether the evidence supports the juror representations as to having acquitted Ms. Read; (3) whether re-prosecution is independently barred because there was no manifest necessity to declare a mistrial on counts for which the jury was not deadlocked; and (4) assuming arguendo the court found that counsel consented to a mistrial, whether the defendant's personal consent was required
   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes ☑ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing:
    (3) Docket number, case number, or opinion number: N/A
    (4) Result: N/A
    (5) Date of result:
    (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a second appeal: There was no additional state remedy available to prevent the impending violation of my Double Jeopardy rights.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes     ☑ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: N/A

    (2) Date of filing:
    (3) Docket number, case number, or opinion number: N/A
    (4) Result: N/A
    (5) Date of result:
    (6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal: There was no additional state remedy available to prevent the impending violation of my Double Jeopardy rights.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes     ☑ No

If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
❏ Yes  ❏ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing:
(4) Result: N/A
(5) Date of result:
(6) Issues raised: N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
❏ Yes  ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
❏ Yes  ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number: N/A
(3) Result: N/A
(4) Date of result:
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
❏ Yes         ❏ No
If "Yes," provide:
(1) Name of court: N/A
(2) Date of filing:
(3) Case number: N/A
(4) Result: N/A
(5) Date of result:
(6) Issues raised: N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes         ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application: N/A
(b) Name of the authority, agency, or court: N/A
(c) Date of filing:
(d) Docket number, case number, or opinion number: N/A
(e) Result: N/A
(f) Date of result:
(g) Issues raised: N/A

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Re-Prosecution Is Barred Because There Was No Manifest Necessity to Declare a Mistrial on Counts on which the Jury Was Not Deadlocked

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
See Memorandum in Support of Petition

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO**: The Jury's Unanimous Conclusion Following Trial that Ms. Read Is Not Guilty on Counts 1 and 3 Constitutes an Acquittal and Precludes Re-Prosecution

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
See Memorandum in Support of Petition

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND THREE**: Alternatively, the Defense Is Entitled to a Post-Verdict Judicial Inquiry to Determine Whether the Evidence Supports the Juror Representations as to Having Acquitted Ms. Read

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
See Memorandum in Support of Petition

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:  N/A

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes        ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:  N/A

## Request for Relief

15. State exactly what you want the court to do:  Issue a writ of habeas corpus and rule that Ms. Read's re-prosecution on Counts 1 and 3 would violate her Double Jeopardy rights

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

N/A

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 02/18/2025

*Signature of Petitioner*

Martin G. Weinberg

*Signature of Attorney or other authorized person, if any*

Print    Save As...    Reset