UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KAREN READ,**

vs.  CASE NO. **1:25–CV–10399–FDS**

**NORFOLK COUNTY SUPERIOR COURT,**

### ORDER

**F. Dennis Saylor IV, D.J.**

    In accordance with 28 USC §2241, the Clerk of this Court is hereby ordered to serve a copy of the Petition for Writ of Habeas Corpus by mailing copies of same to the Respondent AND the Attorney General for the Commonwealth of Massachusetts, Attention: James T. Arguin, Assistant Attorney General, Office of the Attorney General, Appellate Division, One Ashburton Place, 19th Floor, Boston, MA 02108–1598.

    It is further ordered that the Respondent shall, within 21 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 USC §3771.

**/s/ – F. Dennis Saylor IV**

Dated: February 18, 2025  UNITED STATES DISTRICT JUDGE