UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ,<br>        Petitioner<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR<br>COURT, MASSACHUSETTS<br>ATTORNEY GENERAL,<br>        Respondents | No. 25-CV-10399-FDS |

**NOTICE OF APPEARANCE**

    Now comes Attorney Martin G. Weinberg and hereby files his appearance of counsel on behalf of the petitioner Karen Read in the above-captioned matter.

                                                        Respectfully Submitted,

                                                        **/s/ Martin G. Weinberg**
                                                        Martin G. Weinberg, Esq.
                                                        Mass. Bar No. 519480
                                                        20 Park Plaza, Suite 1000
                                                        Boston, MA 02116
                                                        (617) 227-3700
                                                        owlmgw@att.net

Dated: February 18, 2025

## **CERTIFICATE OF SERVICE**

  I, Martin G. Weinberg, hereby certify that on this date, February 18, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
