UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN READ,<br>　　　　Petitioner<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR<br>COURT, MASSACHUSETTS<br>ATTORNEY GENERAL,<br>　　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-CV-10399-FDS |

## NOTICE OF APPEARANCE

　　Now comes Attorney Michael Pabian and hereby files his appearance of counsel on behalf of the petitioner Karen Read in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Michael Pabian**
　　　　　　　　　　　　　　　　　　　Michael Pabian, Esq.
　　　　　　　　　　　　　　　　　　　Mass. Bar No. 684589
　　　　　　　　　　　　　　　　　　　20 Park Plaza, Suite 1000
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　(617) 227-3700
　　　　　　　　　　　　　　　　　　　pabianlaw38@gmail.com

Dated: February 18, 2025

## **CERTIFICATE OF SERVICE**

    I, Michael Pabian, hereby certify that on this date, February 18, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Michael Pabian**
Michael Pabian, Esq.
