UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
)
KAREN READ,                                        )
             Petitioner          )
)
v.                                                          )            No. 25-CV-10399-FDS
)
NORFOLK COUNTY SUPERIOR     )
COURT, MASSACHUSETTS             )
ATTORNEY GENERAL,                    )
             Respondents     )
)
_____ )

## PETITIONER'S RESPONSE TO SERVICE ORDER

Now comes the petitioner Karen Read, by and through undersigned counsel, and,

pursuant to the Service Order issued by this Honorable Court on February 19, 2025, respectfully

submits this Response.

1.      Petitioner has served a copy of her Petition, Memorandum in Support, and all

exhibits on Norfolk County Superior Court and the Massachusetts Attorney General's Office by

hand-delivery (via courier) on February 19, 2025 and February 18, 2025, respectively.

2.      Petitioner also served a copy of the materials on Assistant District Attorney Caleb

Schillinger in the Norfolk District Attorney's Office via email, and undersigned counsel

confirmed receipt with Attorney Schillinger over the phone.

3.      On February 20, 2025, undersigned counsel confirmed over the phone that the

Massachusetts Attorney General's Office has received the materials and that no further service is

required.

1

Respectfully Submitted,
KAREN READ
By Her Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
BBO #519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Michael Pabian**
Michael Pabian, Esq.
BBO #684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

**/s/ Alan J. Jackson**
Alan J. Jackson, Esq.
*Pro Hac Vice* application forthcoming
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
(213) 688-0460
ajackson@werksmanjackson.com

**/s/ David R. Yannetti**
David R. Yannetti, Esq.
BBO #555713
44 School St., Suite 1000A
Boston, MA 02108
(617) 338-6006
law@davidyannetti.com

Dated: February 20, 2025

2

## <u>CERTIFICATE OF SERVICE</u>

I, Martin G. Weinberg, hereby certify that on this date, February 20, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

<u>**/s/ Martin G. Weinberg**</u>
Martin G. Weinberg, Esq.