UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br>　　　Petitioner<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR<br>COURT, MASSACHUSETTS<br>ATTORNEY GENERAL,<br>　　　Respondents | No. 25-CV-10399-FDS |

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* FOR ALAN JACKSON

I, Martin G. Weinberg, a member of the bar of this Court, and counsel for Petitioner, Karen Read, hereby move pursuant to Rule 83.5.3 of the Local Rules of the United States District Court of Massachusetts, that Alan Jackson, an attorney from the State of California, be admitted to appear and practice in this Court for the purpose of representing Karen Read as my co-counsel in the above-captioned matter.

I have been advised that Mr. Jackson is admitted to practice, and a member in good standing, in the State of California. A Certificate of Good Standing can be provided if necessary.

I have been advised that Mr. Jackson is not currently suspended or disbarred in any jurisdiction, and that there are no disciplinary proceedings pending against Mr. Jackson in any jurisdiction. I have further been advised that Mr. Jackson has reviewed and agrees to comply with the Local Rules of this Court.

1

Mr. Jackson's Affirmation is attached hereto as Exhibit 1.

Respectfully Submitted,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Dated: February 24, 2025

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, February 24, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.