UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN READ,<br>　　　　Petitioner<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR<br>COURT, MASSACHUSETTS<br>ATTORNEY GENERAL,<br>　　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-CV-10399-FDS |

**AFFIRMATION IN SUPPORT OF *PRO HAC VICE* ADMISSION**

**ALAN JACKSON**, affirms the following under the pains and penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of California. I submit this Affirmation in support of a motion seeking my admission to the bar of this Court *pro hac vice* for the purpose of representing Petitioner Karen Read.

2. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have not previously had a *pro hac vice* admission (or any other admission) to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of United States District Court for the District of Massachusetts.

**DATED:** February 24, 2025

_____
**ALAN JACKSON**