# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAREN READ, <br><br> Petitioner, <br><br> v. <br><br> NORFOLK COUNTY SUPERIOR COURT and MASSACHUSETTS ATTORNEY GENERAL, <br><br> Respondents. | Civil Action No. <br> 25-cv-10399-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Norfolk County Superior Court, a respondent in the above-captioned matter.

Respectfully submitted,

*/s/ Caleb J. Schillinger*

Caleb J. Schillinger
Special Assistant Attorney General
(BBO# 676592)
Assistant Norfolk District Attorney
45 Shawmut Road
Canton, MA 02021
(781) 830-4800

Dated: February 26, 2025

**CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system on February 26, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Martin G. Weinberg, Esq., and Michael Pabian, Esq., counsel for the petitioner in this matter.  There are no non-registered participants involved in this case.

      */s/ Caleb J. Schillinger*

      Caleb J. Schillinger
      Special Assistant Attorney General