COMMONWEALTH OF MASSACHUSETTS

SUPREME JUDICIAL COURT

NO. SJC-13663

———————————————

COMMONWEALTH,
Appellee

v.

KAREN READ,
Appellant

———————————————

ON A RESERVATION AND REPORT BY THE SINGLE JUSTICE
OF A PETITION FOR EXTRAORDINARY RELIEF
PURSUANT TO G.L. c. 211, § 3

———————————————

**COMMONWEALTH'S SUPPLEMENTAL RECORD APPENDIX**

———————————————

For the Commonwealth:

Michael W. Morrissey
District Attorney
For the Norfolk District

Caleb J. Schillinger
Adam C. Lally
Laura A. McLaughlin
Assistant District Attorneys
BBO#s 676592, 664079, 684295
45 Shawmut Road
Canton, Massachusetts 02021
(781) 830-4800

October 16, 2024

## TABLE OF CONTENTS

Trial exhibit VVV for identification,
  first jury note regarding deadlock ......................................... 3

Trial exhibit YYY for identification,
  second jury note regarding deadlock ...................................... 4

Trial exhibit AAAA for identification,
  third jury note regarding deadlock ........................................ 5

Order of Impoundment,
  dated July 8, 2024 (Cannone, J.) .............................................. 6

Juror Doe's Emergency Motion to Extend
  Impoundment Order, filed July 18, 2024 ................................ 8

Juror Doe's Affidavit in Support of
  Emergency Motion, filed July 18, 2024 .............................. 11

Findings and Order on Juror Doe's Emergency Motion,
  dated July 18, 2024 (Cannone, J.) ......................................... 38

## Note on Redactions

In the three jury notes referenced above, the signatures have been redacted to protect the juror's identity in accordance with Mass. R. A. P. 21, Supreme Judicial Court Rule 1:24, and the trial judge's Order of Impoundment.  The redactions appear on pages S.R.3, 4, and 5.



Dear Judge Cannone,

    I am writing to inform you, on behalf of the jury, that despite our exhaustive review of the evidence and our diligent consideration of all disputed evidence, we have been unable to reach a unanimous verdict

6/28/24



Judge Cannone

Despite our commitment to the duty entrusted to us, we find ourselves deeply divided by fundamental differences in our opinions and state of mind.

The divergence in our views are not rooted in a lack of understanding or effort, but deeply held convictions that each of us carry ultimately leading to a point where consensus is unattainable. We recognize the weight of this admission and the implications it holds.

7/1/24

EXHIBIT
AAAA ident.
7-1-24

Judge Cannone,

Despite our rigorous efforts. We continue to find ourselves at an impasse.

Our perspectives on the evidence are starkly divided. Some members of the jury firmly believe that the evidence surpasses the burden of proof establishing the elements of the charges beyound a reasonable doubt. Conversly, others find the evidence fails to meet this standard and does not sufficiently establish the necessary elements of the charges

The deep division is not due to a lack of effort or diligence, but rather a sincere adherence to our individual principles and moral convictions.

To continue to deliberate would be futile and only serve to force us to compromise these deeply held beliefs.

7/1/24

372

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                        SUPERIOR COURT
                                                   DOCKET NO. 2282-CR-00117

---

**COMMONWEALTH OF
MASSACHUSETTS,**
        **Plaintiff**

v.

**KAREN READ,**
        **Defendant.**

---

### ORDER OF IMPOUNDMENT

The Supreme Judicial Court has recognized that the safety of jurors is crucial to the fair

functioning of the judicial system, and that "the justice system owes them the highest degree of

vigilance for their personal safety." *Commonwealth v. Silva*, 448 Mass. 701, 708 (2007).

This case has garnered significant and divisive attention in Massachusetts and across the

nation. The trial was livestreamed on local and national broadcasting channels. The proceedings

continue to be the daily subject of commentary on various social media platforms. People

associated with the case have been charged with intimidation.

This Court acknowledges that the names of empanelled jurors who rendered a verdict in a

criminal case must be retained in the court file and made available to the public. *Commonwealth

v. Fujita*, 470 Mass. 484, 486 (2015). The jury in this case did not render a verdict, however, the

Court concludes that there is a real and present "risk of [personal] harm to the jurors [and] to the

integrity of their service." *Id.* Consequently, the Court finds that good cause exists to impound

the list identifying the names of empanelled jurors in the trial of this case. The Court further

1

concludes that there is a risk of immediate and irreparable injury should the list be made available to the public at this time. *See* Uniform Rules of Impoundment Procedure Rule 3(a).

This Order shall expire ten days from the date of issuance, unless otherwise ordered by the Court, for good cause shown, pursuant to Rule 3(b) of the Uniform Rules of Impoundment Procedure.


Dated: July 8, 2024                                   */s/ Beverly J. Cannone*
                                                      Beverly J. Cannone
                                                      Associate Justice
                                                      Superior Court

2

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

NORFOLK, SS                                DOCKET NO. 2282-CR-00117

COMMONWEALTH OF
MASSACHUSETTS
    Plaintiff

v.

KAREN READ
    Defendant

## <u>EMERGENCY MOTION OF INTERESTED NON-PARTY JUROR DOE<br>TO EXTEND ORDER OF IMPOUNDMENT OF JURY LIST</u>

Juror Doe,[1] an interested non-party, moves pursuant to Rules 6 and 10 of Trial Court

Rule VIII: Uniform Rules on Impoundment Procedure, for an indefinite extension of the Order

of Impoundment, entered sua sponte by the Court (Cannone, J.) on July 8, 2024, impounding the

list of jurors in this action. Juror Doe was a juror in this action and wishes to maintain their

privacy.

In support of their motion, Juror Doe submits that the "real and present 'risk of [personal]

harm to the jurors [and] to the integrity of their service'" is ongoing. See Order of Impoundment,

p. 1, quoting <u>Commonwealth</u> v. <u>Fujita</u>, 470 Mass. 484, 486 (2015). Therefore, there continues to

be a risk of immediate and irreparable injury should the juror list be made public, and good cause

exists for an indefinite extension of the Order of Impoundment.

In further support of their motion, Juror Doe relies on their Affidavit and Memorandum

of Law, filed herewith. Also filed herewith are a Proposed Findings and Order, and an Affidavit

of Service reflecting compliance with Rule 4 of the Uniform Rules on Impoundment.

---

[1] Juror Doe requests to use a pseudonym for purposes of this motion.

WHEREFORE, Juror Doe, an interested non-party, respectfully requests that the Court grant their motion and enter the following relief:

1. Permit Juror Doe to proceed using a pseudonym for purposes of this motion;

2. Find that good cause exists for an extension of the Order of Impoundment of the jury list in Commonwealth v. Read, Norfolk Superior Court No. 2282-CR-00117;

3. Extend the Order of Impoundment of the jury list in Commonwealth v. Read, Norfolk Superior Court No. 2282-CR-00117 indefinitely, but no earlier than July 16, 2025.

Respectfully submitted,

JUROR DOE,

By their attorneys,

/s/ Andrew P. DiCenzo
Donald C. Keavany, Jr., BBO# 631216
Andrew P. DiCenzo, BBO# 689291
Christopher Hays, Wojcik & Mavricos, LLP
370 Main Street, Suite 970
Worcester, MA 01608
Tel. 508-792-2800
Fax 508-792-6224
dkeavany@chwmlaw.com
adicenzo@chwmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document eFiled on July 17, 2024 will be sent by separate email to all counsel of record and the Office of the Attorney General of the Commonwealth of Massachusetts at the following addresses:

David R. Yannetti, Esq.
44 School Street
Suite 1000A
Boston, MA 02108
law@davidyannetti.com

Alan J. Jackson, Esq.
Elizabeth S. Little, Esq.
Werksman Jackson & Quinn, LLP
888 West Sixth Street, 4th Floor
Los Angeles, CA 90017
ajackson@werksmanjackson.com
elittle@werksmanjackson.com

Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116
owlmgw@att.net

Adam Lally, Esq.
Assistant District Attorney
Norfolk County District Attorney's Office
45 Shawmut Road
Canton, MA 02021
Adam.lally@mass.gov

Andrea Campbell, Esq.
Attorney General
Commonwealth of Massachusetts
One Ashburton Place, 21st Floor
Boston, MA 02108
Andrea.campbell@mass.gov


/s/ Andrew P. DiCenzo



COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

NORFOLK, SS                                    DOCKET NO. 2282-CR-00117

COMMONWEALTH OF
MASSACHUSETTS
     Plaintiff

v.

KAREN READ
     Defendant

### AFFIDAVIT OF JUROR DOE

Now comes Juror Doe, a pseudonym, who on oath deposes and says as follows:

1.     I am of legal age and have personal knowledge of the facts set forth herein.

2.     I was a member of the jury that was seated in the recently concluded trial in the above-captioned case.

3.     I just retained counsel to represent me.

4.     I have read the Impoundment Order entered by Superior Court Associate Justice Beverly J. Cannone on July 8, 2024, which found that "good cause exists to impound the list identifying the names of empaneled jurors in the trial of this case."

5.     As I read the Court's Order, it is scheduled to expire on July 18 unless it is extended by the Court.

6.     I submit this Affidavit in support of my request to extend the Impoundment Order entered on July 8.

7.      I am asking that the Impoundment Order be extended indefinitely because I am in fear of my personal safety and the personal safety of my family if the names of the jury are made public.

8.      I have read the Impoundment Order and noted on the very first page that individuals associated with this case have been charged criminally with intimidation.  I am frightened for my personal safety as a result of learning that someone associated with this case has been criminally charged with intimidation.

9.      I also recall testimony from at least one witness who described being harassed by individuals and her family being harassed because of their involvement in this case.   I do not know any of the specifics of any such harassment, but I fear that my family and I will not only be harassed if the names of the jurors are made public, but that our personal safety will be seriously compromised.

10.     During jury deliberations we could hear protesters outside screaming and yelling.

11.     During our jury service, the members of the jury would meet at what was supposed to be a secret location to be transported to and from the courthouse by bus.  After being discharged from jury service on July 1, 2024, we were taken by bus back to what was supposed to have been a secret location where we observed what appeared to be members of the media including photographers.  I was so much in fear on my way home that I pulled over to the side of the road to see if I was being followed.  Thankfully, I was not being followed, but that was (and remains) my mindset.  If juror names are made public, we will be constantly threatened and harassed and there will likely be a physical confrontation at some point.

12.     Since being discharged from jury service on July 1, 2024 I have read multiple news articles about the case and the attention that this case garnered across Massachusetts, New England and the country.

13.     There are clearly people who have very strong opinions about the case and about the jurors who deliberated over many days. I have seen articles, comments to articles and postings about the verdict saying some very nasty and dangerous things. Some individuals have expressed outrage and anger that the jury did not acquit the defendant. Some individuals have expressed outrage and anger that the jury did not find the defendant guilty.

14.     Just yesterday, I read an article in *The Boston Globe*, with the headline, "Karen Read case ended in a mistrial. But the diehards haven't given up." See, Exhibit 1. In approximately the 12th paragraph of this article, an administrator of a Karen Read-focused Facebook group was quoted as saying: 'The people who were on the fringe of being interested in it are now engulfed...The anger level was at a nine before and now it's at an 11.5." The article characterized this increase as "a rising rage".

15.     Later in this July 15 *Boston Globe* article another individual interviewed by the reporter stated "people are insane about this case. If they don't agree with you, they'll try to dox you." I understand the term "dox" to mean that individuals will publicize someone's personal information, including someone's residential address, occupation, business address etc. Publicizing my personal information in this context exposes me and my family to unwanted, and likely surprise, encounters with strangers who likely have an axe to grind with any juror.

16.     I have seen social media posts that were very demeaning of and attacking the integrity of the trial judge. If someone is going to attack a sitting judge, I see no reason why they would not demean and attack, verbally and physically, a juror who sat on this jury.

17.     I understand that there are individuals who are upset that an Impoundment Order was entered and that they are actively seeking the identity of all of the jurors.

18.     For example, my attorneys have made me aware of a video posted by a blogger / journalist, whom I understand to be a person who has been charged with witness intimidation related to this case, speaking about the trial and the jury's inability to reach a unanimous verdict on all counts after trial. In the video, the blogger initially states that he has identified the jury foreperson in the case.  Not only does the blogger state that he has identified the jury foreperson, but also where this person lives and what the person does for a living.  A link to this video can be found here:  https://x.com/JulieCar94/status/1808495920511607087

19.     In this same video, the blogger demands to know the identity of the "[expletive] idiot on this jury" who did not vote in his preferred manner and further that:

> "Whoever did that subverted justice…Like, they helped cover up for a murder, as far as I'm concerned, fuck 'em, that's what I think."

https://x.com/JulieCar94/status/1808495920511607087

The blogger states in another video posted to "X",

> ""Who outed the Chesna juror, remember that? The one woman who hung the Michael Chesna trial,[1] in July? The jury lists are public, so I got the jury list and I went down the list and I found the juror who hung the jury, and I shamed her, as I should, cause it's shameful…." (emphases added).

A link to this post can be found here: https://x.com/Heels_In_TheAir/status/1779344132235997463.

20.     I understand that the above-mentioned blogger has been accused of harassing witnesses to the case, including by organizing crowds of people to harass them outside their homes, and I am aware that he has made statements in a blog from 2023 to the effect of,

---

[1] Commonwealth v. Lopes, Norfolk County Superior Court Docket No. 1882CV00309.

"murderers, <u>and those who cover for them</u>, do not deserve to live a comfortable life while Karen

Read suffers and fights for justice for John O'Keefe." See Exhibit 2.

21.     If, as he has stated, this blogger believes that members of the jury on which I

served "helped cover up for a murder," and he further believes that "those who cover for

[murderers]" are legitimate targets of harassment, I fully expect that members of the jury will be

subjected to efforts to harass and shame them with the very real probability that some physical

confrontation will inevitably occur.

22.     My concerns are not limited to a particular blogger or to a particular "side" of this

case. I am aware that there are other outspoken bloggers, commentators, and groups of people

who wished for a guilty verdict on some or all charges against the defendant. I am aware that

there have been physical confrontations between the two sides of supporters.

23.     An example of this is from two recent postings by an individual who appears to

be a reporter from New Bedford. In today's post, she stated that she was in court today

defending against a harassment charge against her and her pursuit of a counter-harassment

charge. See, Exhibit 3.

24.     Yesterday, this reporter posted about "getting protection" from another blogger.

See, Exhibit 4. While I do not know the facts concerning these court appearances, it is very

evident that individuals on all sides in this case have acted irrationally and aggressively over the

past few years, which has caused multiple court appearances by parties seeking protection of the

courts from other individuals.

25.     In light of the mistrial – there is no end in sight to this irrational behavior, which

clearly continues today. Jurors will undoubtedly be subjected to harassment and likely physical

confrontations if their names are made public.

26.     My affidavit and motion should not be interpreted as indicating how I or any other juror voted on this case, or how I or any other juror feel about this case. Every member of the jury, regardless of how they voted, is likely to face backlash from a segment of the large portion of the public who intensely followed this case. I wish to remain anonymous, and I bring this motion on behalf of myself and any other juror who does not wish to be identified, regardless of whether or not we agreed during our deliberations.

27.     It was an honor to serve on the jury. It also was a significant sacrifice of time, which I understood and anticipated when I was selected. What I did not anticipate, however, was the likelihood that I and other members of the jury would become targets of intense public scrutiny and likely harassment campaigns strictly due to the outcome of our private deliberations.

28.     If jury names are made public, I will be subject to nonstop requests for comment about jury deliberations. I would prefer to not have to respond to these inquiries. However, what I fear is not only will I be subject to requests for interviews, but that I will be targeted and harassed because of what I did, or did not do on that jury. I fear that verbal harassment will likely lead to physical confrontation and physical harm. I am not prepared or equipped to anticipate and prepare for any surprise personal attack. More importantly, I fear that I will not be able to protect myself and my family.

Signed under the penalties of perjury this 16th day of July 2024

/s/ Juror Doe_____

## CERTIFICATE OF SERVICE

I hereby certify that this document eFiled on July 17, 2024 will be sent by separate email to all counsel of record and the Office of the Attorney General of the Commonwealth of Massachusetts at the following addresses:

David R. Yannetti, Esq.
44 School Street
Suite 1000A
Boston, MA 02108
law@davidyannetti.com

Alan J. Jackson, Esq.
Elizabeth S. Little, Esq.
Werksman Jackson & Quinn, LLP
888 West Sixth Street, 4th Floor
Los Angeles, CA 90017
ajackson@werksmanjackson.com
elittle@werksmanjackson.com

Martin G. Weinberg, Esq.
20 Park Plaza, Suite 1000
Boston, MA 02116
owlmgw@att.net

Adam Lally, Esq.
Assistant District Attorney
Norfolk County District Attorney's Office
45 Shawmut Road
Canton, MA 02021
Adam.lally@mass.gov

Andrea Campbell, Esq.
Attorney General
Commonwealth of Massachusetts
One Ashburton Place, 21st Floor
Boston, MA 02108
Andrea.campbell@mass.gov

/s/ Andrew P. DiCenzo

# EXHIBIT 1

# Karen Read case ended in a mistrial. But the diehards haven't given up.

The judge in the Karen Read trial declared a mistrial. It triggered a cliffhanger — and in some, an even deeper obsession.

**By Beth Teitell** Globe Staff, Updated July 15, 2024, 6:04 a.m.



Jack Carney, right, of Canton, with other Karen Read supporters continuing their dedication to her, on a sidewalk along Providence Highway in Dedham on July 14. PAT GREENHOUSE/GLOBE STAFF

DEDHAM —The TV cameras have moved on. The man wearing the blonde Judge Beverly Cannone wig is gone. The street is no longer lined with people bedecked in pink holding "Free Karen Read" signs.

It's a weekday afternoon outside the Norfolk Superior Court, and where Read's supporters once reigned, with their righteous outrage and their beach chairs, there is instead a farmer's market. A band plays

Sonny Rollins. A child climbs into a fire truck brought just for that reason. A woman carries an armful of sunflowers.

But the pastoral scene is deceiving. The July 1 end of the trial wasn't the end at all. It was a mistrial, a cliffhanger, an invitation for yet more obsession over a real-life situation that's as sad as it gets, but for many has turned into a binge-worthy true-crime drama. And they get to be part of the story!

Those in the trial's grip are still out protesting, still fighting on Twitter and Facebook, still buying Karen Read merch (the "Jackson Yannetti 2024" baseball caps, named for the defense attorneys, make a nice keepsake).

Indeed, just six miles away from the Dedham courthouse where they got so chummy, the old "Karen Read was framed" gang reconvened last Wednesday. Once strangers, they have become people who hug hello and ask after each other's family members.

ADVERTISING

They have gathered in Canton, protesting in front of the offices of Norfolk District Attorney Michael Morrissey — one of their many nemeses.



(From left) Jack Carney, Cathy Carney, and Gail White hold up signs supporting Karen Read outside DA Morrisseys office in Canton.  KAYLA BARTKOWSKI FOR THE BOSTON

"Morrissey Gotta Go!" reads one sign. "Justice is coming," promises another.

The weather app shows 88 degrees, but the air is thick, and it feels hotter. The group is huddled on a small patch of grass between the road and their enemy's parking lot. Shade is scarce, but crusaders aren't stopped by humidity.

"This is a busy week," says Scott McGuinness as he describes the demanding schedule of a Karen Read diehard. Today he is at a protest, and he went to one on Monday, too, in South Boston, outside of the Massachusetts State Police barracks. He spent Tuesday night at a meeting of the Canton Select Board. And tomorrow, Thursday, he'd be heading to Dedham, to support the blogger known as Turtleboy in court appearances related to his coverage of the case.

McGuinness lives in Shirley, and sometimes the commute to his Karen Read job takes an hour, or more if the traffic's bad. "But I feel like I'm letting people down if I don't go," he says.

It's been two weeks since Judge Cannone declared a mistrial, leaving unanswered, for now (for some), the question of whether Read drunkenly backed her Lexus into her boyfriend and left him for dead in

S.R. 21

the snow on a lawn in Canton on a January night in 2022, as the Commonwealth alleges, or whether she was framed for his murder by the people inside the house, as her attorneys argued.

If you indulged in a brief coma on mistrial day, such is the ongoing intensity that you could be forgiven for thinking the trial was still in session. And not just because it's still spinning out actual news — leaks about the jurors' thoughts; the motion by Read's lawyers to dismiss two charges; the suspension without pay of state Trooper Michael Proctor, lead investigator in the case; the suspension with pay of Canton Police Detective Kevin Albert, whose brother owned the home where John O'Keefe's body was found.

An administrator of an enormous Karen Read-focused Facebook group says he is spending three or four hours a day on his responsibilities — approving new posts, writing his own, welcoming new members, who are coming in in droves, as Read's fame continues to grow.

"The people who were on the fringe of being interested in it are now engulfed," said the administrator, a middle school teacher, who asked to be identified by his Facebook name, Dooh Greg. "The anger level was at a nine before and now it's at an 11.5" — a rising rage he attributes to the assertion by Read's lawyers that the jury reportedly unanimously agreed to acquit her on two of the three counts.

"I've got a fire lit in me that I didn't know needed to be lit," Paul Cristoforo, a restaurant owner and one of the informal organizers of the resistance. It was early in the week, and already plans were being formulated for weekend protests in spots from Auburn to the South Shore, some at rotaries, others on overpasses.

"I'm just as active as I was during the trial," he said.

People's rage takes different forms. At least one Read supporter who is unhappy with Judge Cannone's handling of Read's trial has taken to Facebook to post a link to the Massachusetts Commission on Judicial Conduct so that others can easily file complaints against her.

Many Read obsessive spend their time on X, reading endless posts that dissect, once again, and possibly forever, what Karen Read did or didn't say after she discovered John O'Keefe's body buried in the snow, and who did or who did not hear her say it, whatever it is.

Then there are the trial highlight reels to binge for those who miss the good old days. One, "A goodbye to our new friends," is a nostalgia-tinged montage of the now-familiar courtroom characters (the court

reporter, the clerk, the cult-favorite ceiling fan) with Sara McLachlan's emotional "I Will Remember You" for a soundtrack.

Jay, its creator, asked that his last name not be used because "people are insane about this case. If they don't agree with you, they'll try to dox you."

He's a former insurance adjuster who became so fascinated with true crime that he cashed in his 401(k) to start a trial-focused YouTube channel. His Read montage was a hit — it got 1.7k likes — but even so, he found dealing with both sides of the case so unpleasant, he said, that he vowed not to cover a second Karen Read retrial.

Could it be? A person with the strength not to tune in for season two?

Beth Teitell can be reached at beth.teitell@globe.com. Follow her @bethteitell.

**Show 195 comments**

©2024 Boston Globe Media Partners, LLC

# EXHIBIT 2

# Canton Cover-Up Part 76: Chris Albert Confronts "Loser" Woman In "Free Karen Read" Shirt In Waterfall Parking Lot For Taking His Picture

Aidan Kearney    July 17, 2023



**– Framed – Video for Full Background on Canton Cover-Up Story**
**– Donate to the Karen Read Legal Defense Fund**
**– See all parts of the Canton Cover-Up Series**
**– Watch the Live Shows and Videos**

On Saturday a pair of turtle riders wandered over to the Waterfront Bar

& Grille in Canton, which was the last place John O'Keefe was seen alive. They wore the new Free Karen Read shirts that everyone's been raving about.



However, when they stepped foot inside they saw a familiar face.



Chicken Parm Charlie. The last time we saw him he was kicking an award winning journalist out of his pizza shop, and thus denying access to Chris Albert's world famous mediocre chicken parm. He then called police, claiming that he was some sort of victim, while periodically opening the door to call me a "looooosssaah" who was "going to get it."

Clearly this man is on tilt because he knows he can no longer go out in public and live a normal life like he used to. That tends to happen when your family is involved in the murder of a police officer, followed by the subsequent cover up and framing of an innocent woman.



ADS & POPUPS DRIVING YOU MAD? GET AD-FREE FROM $10 A MONTH

It appears as if Chicken Parm Charlie, who is an elected member of the Board of Selectman, realized he was being photographed. However, instead of quietly accepting that people have the right to take pictures in public, and that he is both an elected official and the brother and father of men who have been accused in open court of murder, Chicken Parm Charlie decided to confront and berate these two women in the parking lot. He accused the woman of giving this award winning

journalist a handjob, which is factually untrue, but it would probably be more satisfying than his pizza. After that she began filming. Watch:

This dude cannot go five second without calling someone a "loooosssahhh," despite having a worse record in court than the New York Jets. Mr. Chicken Parm Charlie, you had to move into a small apartment because you couldn't afford to live in your house, you get by on your family name, and you make mediocre chicken parm that the Little League coaches buy out of pity. I assure you that the loser here is now who you think it is. As Marlo Stanfield once said, "You want it to be one way, but it's the other way."

Chris Albert wants to live in the world he used to live in, where the Alberts owned the town of Canton and nobody crossed them. He's not used to being unliked, despite the fact that he once killed a man and has countless court judgments and liens against him, which really says a lot about the town of Canton. This is a man who is a well known conservative in a town that Joe Biden won by 30 points, who managed to beat a Yale educated liberal attorney, simply because he comes from the cool jock family. He doesn't know how to react to negativity because he's never been in this position before, which is why he hired an attorney to send out more than a dozen demand letters threatening

defamation lawsuits against people who speculated about his family's involvement in a murder on Facebook.

But unfortunately for Chicken Parm Charlie we began reporting on this case, and the Albert family name no longer carries the swagger in town that it did three months ago. As Slim Charle once wisely said, "the thing about the old day, they the OLD days."

There is a Wire quote for everything.

The best part about the Alberts and McCabes is that they think they can talk their way out of everything. Matt McCabe told me when I confronted him previously that it was "proven in court" that his wife never Googled "how long to die in cold." When you're accustomed to

getting away with everything your entire life you don't know how to behave when you're finally held accountable. You're used to people blindly eating up your bullshit, which is why people like Chris think they can talk their way out of anything.

*"You don't know anything about me and my family."*

Here's some things we know about your family:

- Your brother Brian never came outside after being alerted that there was a dead cop on his front lawn
- Your son Colin frequently posts videos of himself threatening to kill people
- Your son was born innocent but became a depraved psychopath who believes that violence solves problems, which is a direct result of your failures as a father to impart morals into him, despite going through the motions and pretending to be practicing Catholics
- Your son had a black eye and cut up knuckles two weeks after John O'Keefe was killed
- You yourself once killed a man and left the scene of the crime
- You are close personal family friends with the Proctor family and have been for well over a decade
- Your family never left Canton because they control everything and can bang any woman they want so long as they graduated from Canton High School between 1989 and 1996

*"Why are you taking pictures of me?"*

Because she's a free person living in a free country and she can take pictures of whatever she wants without having to explain herself to you. But if you really wanna know why, it's because you're so brazen that

you still go to bars like the Waterfall, knowing full well what everyone in town is thinking about you.

*"Because you were being all weird to me."*

Sir, you're yelling at women in a parking lot and accusing them of giving an award winning journalist a handjob. I assure you that it is not them who is being weird. Also, your assumption that two women wouldn't drive a pickup truck reeks of toxic masculinity.

This interaction was the best:

Turtle rider: "You're framing an innocent woman."

Chicken Parm Charlie: "Am I really? Because Karen f***ing ran John over. You have no f***ing clue."

Turtle rider: "That's why Colin has bruises all over his body."

Chicken Parm Charlie: "You have zero clue."

Turtle rider: "The whole state believes that you are guilty."

Chicken Parm Charlie: "You're a f***ing looosah."

Turtle rider: "I'm a loser? You're arguing with a woman in a parking lot."

His response was basically the same response Matt McCabe gave me about his wife's Google search. It defies logic and reason, and ignores all the facts. But if they shout it loud enough then no one will challenge them. Karen Read did not run John over, and I will buy a $500 gift card to D&E Pizza (which I assume will be him writing something on a napkin) if he can explain to me the physics of how that happened,

which align with all witness statements and the autopsy photos.

The best thing she said was that the whole state believes they are guilty. Chris needed to hear that because the Alberts and McCabes have insulated themselves in a bubble of people that is growing smaller by the day, who reassure them that they believe Karen Read killed John O'Keefe. And for a while, so did most people. Outside of Canton no one believes that, and inside of Canton more and more people are seeing the truth. The one place that was their sanctuary of acceptance is no longer that.

Anyway, let's keep this up. I was so proud to see turtle riders unafraid, confronting evil like this in the flesh. The fact that he's still going to places like the Waterfall is because he feels comfortable doing so. But murderers, and those who cover for them, do not deserve to live a comfortable life while Karen Read suffers and fights for justice for John O'Keefe.

*Hello Turtle Riders. As you know if you follow Turtleboy we are constantly getting censored and banned by Facebook for what are **clearly not violations of their terms of service**. Twitter has done the same, and trolls mass reported our blog to Google AdSense thousands of times, leading to demonetization. We can get by and survive, but we could really use your help. Please consider donating by hitting the Donation button above if you'd like support free speech and what we do in the face of Silicon Valley censorship. Or just buy our award winning book about the dangers of censorship and rise of Turtleboy:*

# EXHIBIT 3



← **Post**

**Jessica Machado** ✔
@jessmachadoshow

Follow  •••

This morning, the individual who is accusing me of harassing her at Norfolk Superior Court during the Karen Read trial had an opportunity to be heard in front of a judge but chose not to be. Instead, she claimed that she now needs an attorney, as I counter filed against her this morning.

When the judge asked if she realized that there was no order in place and that she would not get one today if she requested a new date, she said she understood and asked for it to be continued. We now have a new date of July 26th. There is no order.

I was extremely prepared to not only defend myself against these ridiculous accusations, but I was equally as prepared to prove that I am the one in need of protection. However, at this time, I will be hiring an attorney to do the heavy lifting.

Many friends and followers have offered to help fund my legal representation and I will take you all up on that offer. Later today I will post a link to a fundraising option that you can use if you would like to contribute.

This is distracting from my work and as you can imagine, very stressful. The seemingly habitual exploiting of court ordered protection orders by women in our court system is a real problem and the only way to stop it is to fight back. I intend to do that.

Last edited 11:30 AM · Jul 16, 2024 · **44.8K** Views

💬 63          ⟲ 37          ♡ 515          🔖 10          ⬆

**Post your reply**

**Rich Vetstein** @richardvetstein · 2h          •••
The newspaper you work for should really be paying your legal fees, since this is all happening as a result of your employment related activities. Just saying again.

💬 7          ⟲ 4          ♡ 180          ᴵᴵᴵ 4.8K          🔖 ⬆

**Jessica Machado** ✔ @jessmachadoshow · 1h          •••
We have a meeting at 130 today to discuss.

# EXHIBIT 4

X

← Post

 Search

**Home**

**Explore**

**Notifications**

**Messages**

Grok

**Bookmarks**

**Communities**

**Premium**

**Verified Orgs**

**Profile**

**More**

Post

**Relevant people**

**Jessica Machado** ✓
@jessmachadoshow          Follow
Correspondent @FallRiverReport and @NewBedfordGuide. Former host of the Jessica Machado Show and SouthCoast Tonight @WBSM. Former columnist at @HowieCarrShow

**Meredith O**
@meredithoneil          Follow

**Grant Smith Ellis**
@msgrant_smith          Follow
Artist formerly known as Grande. Lindsey's simp. Wendy's disabled adult child. Human parody. All sources and opinions from my Mom. Protected witness so FAFO.

**What's happening**

**The Jim Rome Show**
Sports · 45 minutes ago

Politics · Trending
**FIRED**
333K posts

News · Trending
**#Maine**

Trending in United States
**Blake Lively**
Trending with Lady Deadpool

Entertainment industry · Trending
**California to Texas**
16.5K posts

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More···   © 2024 X Corp.

Meredith O @meredithoneil · Jul 15          ···
Happy Monday! I figured everyone could use a good laugh after this weekend.

TBT to the dark days before @jessmachadoshow got @msgrant_smith banned from court. I didn't take this video, but it was went to me on a Sunday afternoon in May after I'd set up @DoctorTurtleboy's chair
Show more

Watch again

0:00

♡ 55      ↻ 9      ♡ 205      �influential 37K      🔖      ⬆

**Jessica Machado** ✓          ···
@jessmachadoshow

This video was entered into evidence and instrumental in me getting protection from Grant.

Have to admit, I hate watching this but it's a good reminder that you have to fight to stop people like Grant from attacking you because if you don't, they will.

12:45 PM · Jul 15, 2024 · **3,915** Views

♡ 7      ↻ 2      ♡ 174      🔖 1      ⬆

Post your reply

Butt Dial McCabe @McAlbuht · Jul 15          ···
We (i) love you

♡ 1      ↻      ♡ 9      ⅰⅰⅰ 245      🔖      ⬆

Mimi @j9sween1 · Jul 15          ···
I love that he can't go to courthouse anymore. He treats everyone that way.. good job Jessica1

♡      ↻      ♡ 9      ⅰⅰⅰ 193      🔖      ⬆

Laila Mickelwait ✓ @LailaMickelwait          Ad ···
*TAKEDOWN* reveals the never-before-told inside story of how P*rnhub was exposed for enabling and profiting from countless videos of child rape and trafficking. But the fight isn't over yet! Victims deserve justice.

Watch & share this video, then learn more at the link below.

Don Keavany          ···
@DKeavany

 Messages

🔖      ⌃



## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

**SUPERIOR COURT
CRIMINAL ACTION
N0. 2282CR00117**

### COMMONWEALTH

### vs.

### KAREN READ

### FINDINGS AND ORDER ON JUROR DOE'S EMERGENCY MOTION TO EXTEND JULY 8, 2024 IMPOUNDMENT ORDER

This matter came before the Court on the emergency motion of Juror Doe, to extend the July 8, 2024 Impoundment Order entered by this court. Upon review of the motion and supporting documents, including the Affidavit of Juror Doe, the Court makes the following findings and Order:

1. This case has garnered significant and divisive attention in Massachusetts and across the nation.

2. Individuals associated with this case have been charged with intimidation, which charges remain pending.

3. Juror Doe has submitted a detailed affidavit which I find to be credible.

4. Juror Doe is in reasonable fear for their safety and the safety of their family if the list of jurors is made available to the public.

5. Through their affidavit, Juror Doe has established that publication of the list identifying the names of the empaneled jurors will present a real and present risk of personal harm to jurors and to the integrity of their service.

6. Through their affidavit, Juror Doe has established that there is a continuing risk of immediate and irreparable injury should the jury list be made available to the public at this time.

7. Through their affidavit, Juror Doe has established good cause to extend the Impoundment Order, dated July 8, 2024, until and unless otherwise ordered by the Court.

8. This Order shall not preclude any juror from identifying himself or herself and/or from speaking to the public about his/her jury service.


**SO ORDERED,**


/s/ Beverly J. Cannone

Beverly J. Cannone
Justice of the Superior Court


Date: July 18, 2024