UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ,<br><br>　　　　Petitioner,<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR COURT and<br>MASSACHUSETTS ATTORNEY GENERAL,<br><br>　　　　Respondents. | Civil Action No.<br>25-cv-10399-FDS |

## RESPONDENT'S STATEMENT REGARDING EXISTENCE OF VICTIM

The respondent, Norfolk County Superior Court, hereby states that the offenses with which the petitioner, Karen Read, is charged and upon which her petition for a writ of habeas corpus is based did have a victim as that term is defined by 18 U.S.C. § 3771.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　NORFOLK COUNTY SUPERIOR COURT

　　　　　　　　　　　　　　　　　　　　By its attorney:

　　　　　　　　　　　　　　　　　　　　ANDREA JOY CAMPBELL
　　　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　　　　　By: */s/ Caleb J. Schillinger*
　　　　　　　　　　　　　　　　　　　　Caleb J. Schillinger
　　　　　　　　　　　　　　　　　　　　Special Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　(BBO# 676592)
　　　　　　　　　　　　　　　　　　　　Assistant Norfolk District Attorney
　　　　　　　　　　　　　　　　　　　　45 Shawmut Road
　　　　　　　　　　　　　　　　　　　　Canton, MA 02021
　　　　　　　　　　　　　　　　　　　　(781) 830-4800

Dated:  February 26, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system on February 26, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Martin G. Weinberg, Esq., and Michael Pabian, Esq., counsel for the petitioner in this matter. There are no non-registered participants involved in this case.

                                                                */s/ Caleb J. Schillinger*

                                                                Caleb J. Schillinger
                                                                Special Assistant Attorney General