# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN READ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. |
| v. | ) | 25-cv-10399-FDS |
| | ) | |
| NORFOLK COUNTY SUPERIOR COURT and | ) | |
| MASSACHUSETTS ATTORNEY GENERAL, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

Please enter my appearance as counsel of record for the Norfolk County Superior Court, a respondent in the above-captioned matter.

Respectfully submitted,

/s/ Thomas E. Bocian
Thomas E. Bocian (BBO #678307)
Assistant Attorney General
Appeals Division
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
tom.bocian@mass.gov

Dated:  February 26, 2025

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system on February 26, 2025, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including Martin G. Weinberg, Esq., and Michael Pabian, Esq., counsel for the petitioner in this matter.  There are no non-registered participants involved in this case.

/s/ Thomas E. Bocian
Thomas E. Bocian
Assistant Attorney General