UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN READ, <br> Petitioner <br><br> v. <br><br> NORFOLK COUNTY SUPERIOR COURT, MASSACHUSETTS ATTORNEY GENERAL, <br> Respondents | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 25-CV-10399-FDS |

**PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY**

At the March 5, 2025 hearing in this matter, the Court inquired regarding whether the Court had authority to receive evidence in order to further federal constitutional decisions regarding the issues raised by Ms. Read's petition under § 2241. Petitioner respectfully submits this Notice of Supplemental Authority in response.

Federal statute expressly provides, "[o]n application for a writ of habeas corpus, evidence may be taken orally or by deposition . . . ." 28 U.S.C. § 2246. Courts considering § 2241 petitions have, therefore, held evidentiary hearings where necessary. *See, e.g.*, *Enwonwu v. Gonzales*, 438 F.3d 22, 24 (1st Cir. 2006); *Johnson v. Patton*, 580 F. App'x 646, 649 (10th Cir. 2014) (unpublished); *Hiratsuka v. Houser*, No. 21-CV-00018, 2022 WL 348460, at \*1 (D. Alaska Jan. 5, 2022). As the Supreme Court has explained in the context of a challenge to a state court judgment under § 2254, "where specific allegations before the court show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that [s]he is

1

confined illegally and is therefore entitled to relief, it is the duty of the court to provide the necessary facilities and procedures for an adequate inquiry." *Harris v. Nelson*, 394 U.S. 286, 300 (1969).

Respectfully Submitted,
KAREN READ
By Her Attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
BBO #519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

**/s/ Michael Pabian**
Michael Pabian, Esq.
BBO #684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

**/s/ Alan J. Jackson**
Alan J. Jackson, Esq.
Admitted *Pro Hac Vice*
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
(213) 688-0460
ajackson@werksmanjackson.com

**/s/ David R. Yannetti**
David R. Yannetti, Esq.
BBO #555713
44 School St., Suite 1000A
Boston, MA 02108
(617) 338-6006
law@davidyannetti.com

Dated: March 5, 2025

**CERTIFICATE OF SERVICE**

      I, Martin G. Weinberg, hereby certify that on this date, March 5, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                                **/s/ Martin G. Weinberg**
                                                Martin G. Weinberg, Esq.