UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAREN READ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>NORFOLK COUNTY SUPERIOR COURT )<br>and MASSACHUSETTS ATTORNEY )<br>GENERAL, )<br>)<br>Respondents. )<br>) | Civil Action No.<br>25-cv-10399-FDS |

**MEMORANDUM AND ORDER ON MOTION**
**FOR A CERTIFICATE OF APPEALABILITY**

**SAYLOR, C.J.**

This is a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner Karen Read challenges her continued prosecution in Massachusetts state court, after the declaration of a mistrial, on the ground that it violates her right under the Double Jeopardy Clause. She is under indictment for second-degree murder and two other charges; her first trial on those charges ended in a mistrial after the jury reported that they were deadlocked.

Her petition presented four questions: (1) "whether the jury's unanimous conclusion following trial that Ms. Read is not guilty on Counts 1 and 3 constitutes an acquittal and precludes re-prosecution;" (2) "whether, alternatively, the defense is entitled to a post-verdict judicial inquiry to determine whether the evidence supports the juror representations as to having acquitted Ms. Read;" (3) whether re-prosecution is independently barred because there was no manifest necessity to declare a mistrial on counts for which the jury was not deadlocked;" and

(4) "assuming arguendo the court found that counsel consented to a mistrial, whether the defendant's personal consent was required."

On March 13, 2025, the Court denied the habeas petition in its entirety, ruling against petitioner on the first three grounds and determining that it need not reach the fourth ground.

To appeal a final order in a habeas proceeding that contests the validity of state custody, a petitioner must first obtain a certificate of appealability from a circuit justice or a district court. *See* 28 U.S.C. § 2253(c).  A COA will issue only if the petitioner "has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  This standard is satisfied by "demonstrating that jurists of reason could disagree with the district court's resolution of [petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

Petitioner has made the necessary "substantial showing of the denial of a constitutional right" as to all claims.  28 U.S.C. § 2253(c)(2).  Accordingly, a certificate of appealability is GRANTED as to all claims.

**So Ordered.**

Dated:  March 13, 2025

/s/  F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court

2