UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAREN READ,<br>　　　Petitioner<br><br>v.<br><br>NORFOLK COUNTY SUPERIOR<br>COURT, MASSACHUSETTS<br>ATTORNEY GENERAL,<br>　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-CV-10399-FDS |

### PETITIONER'S NOTICE OF APPEAL

Now comes the Petitioner Karen Read, by and through undersigned counsel, and hereby notices her appeal to the United States Court of Appeals for the First Circuit from the March 13, 2025 Order denying her petition for writ of habeas corpus in the above-captioned case.[1]

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　KAREN READ
　　　　　　　　　　　　　　　　　　　　By Her Attorneys,

　　　　　　　　　　　　　　　　　　　　**/s/ Martin G. Weinberg**
　　　　　　　　　　　　　　　　　　　　Martin G. Weinberg, Esq.
　　　　　　　　　　　　　　　　　　　　BBO #519480
　　　　　　　　　　　　　　　　　　　　20 Park Plaza, Suite 1000
　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　(617) 227-3700
　　　　　　　　　　　　　　　　　　　　owlmgw@att.net

---

[1] While not clearly required to appeal from the denial of this petition under 28 U.S.C. § 2241, *see Gonzalez v. Justices of Mun. Court of Bos.*, 382 F.3d 1, 6 (1st Cir. 2004), *vacated on other grounds and subsequently reinstated*, 420 F.3d 5, the District Court *sua sponte* granted a certificate of appealability finding that Petitioner made a "substantial showing of the denial of a constitutional right as to all claims." Dkt. 28 at 2 (citation omitted).

**/s/ Michael Pabian**
Michael Pabian, Esq.
BBO #684589
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
pabianlaw38@gmail.com

**/s/ Alan J. Jackson**
Alan J. Jackson, Esq.
Admitted *Pro Hac Vice*
Werksman Jackson & Quinn LLP
888 West Sixth Street, Fourth Floor
Los Angeles, CA 90017
(213) 688-0460
ajackson@werksmanjackson.com

**/s/ David R. Yannetti**
David R. Yannetti, Esq.
BBO #555713
44 School St., Suite 1000A
Boston, MA 02108
(617) 338-6006
law@davidyannetti.com

Dated: March 13, 2025

## CERTIFICATE OF SERVICE

I, Martin G. Weinberg, hereby certify that on this date, March 13, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
