**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: Read v. Norfolk County Superior Court et al

District Court Number: 25cv10399-FDS

---

Fee: Paid? Yes _X_ No ____  Government filer ____  *In Forma Pauperis* Yes ____ No ____

---

Motions Pending      Yes ____ No _X_           Sealed documents      Yes ____ No _X_
*If yes, document #*  _____             *If yes, document #*   _____

*Ex parte* documents  Yes ____ No _X_          Transcripts           Yes _X_ No ____
*If yes, document #*  _____             *If yes, document #*   25

---

Notice of Appeal filed by: Plaintiff/Petitioner _X_  Defendant/Respondent ____  Other: ____

Appeal from:

#27 Memorandum and Order on Petition for Habeas Corpus

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#27, #28, and #29

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 29 filed on March 13, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 13, 2025.


**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**