

FILED IN CLERKS OFFICE
2025 MAR 20 AM 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

3-18-2025

Judge Dennis Saylor IV

Could you please look into the case Commonwealth V Karen Read

This case is so corrupted Canton P.D., MSP, Michael Morrisey and his employees, Judge Beverly Cannoe

This poor Karen Read has been framed.
The CPD Nor the MSP never secured the scene where John Okeefe was found.

Finding a body on someones lawn is a very serious situation. They never secured the area where the body was found. The Canton police and MSP never entered the house because it was the house of a police officer. All MSP did was frame Karen Read

If that was someone elses house, that house would of been searched

Judge Beverly Cannoe is not fair, not giving this Lady a fair trial!

(2) 

There was Jury tampering Conflicts of intrest in this Case with Judge Cannoe & Michael Proctor.

Judge Cannoe picked the Jury foremen a Mass State Police Officer.

So many times during the first trial Judge Cannoe would send the Jury out of the Court Room so they couldn't hear a lot of stuff that was going on.

Judge Cannoe also allowed some of the witnesses to attend Closing arguments and they sat where they are directly looking at the Jurors to intimate the Jurors.

This is the most Corrupt Case in Massachussts Serious Concerns regarding bias, failure to adhere to legal Standards and inappropriate Courtroom management all of which undermine Public Confidence in the Judicial system and the right to a fair trial.



Specific Allegation of misconduct
1. Bias and apperance of impropriety Judge Cannoe's rulings have consistently favored the Prosecution, violating Massachusetts code of Judicial Office fairly and impartially.

Could you please watch the first trial and see what really happened

She allows the Commonwealth all of the motions they want

During the 1st trial she never did a full day of trial

All of this is a waste of time and costing the state so much $.

The whole Case is too unfair

Conflict of intrest with Judge Cannoe and Michael Proctor with people involved in this case

So many rules have been broken failure to follow Massachusetts legal precedent.

Ms Read is being framed

(4)

Just think that Ms Read could have been any person could of been a family member of yours.

3 years of this going on they framed her because they didn't think she was gonna put up a fight.

The most corrupted case