# United States Court of Appeals
## For the First Circuit

No. 25-1257

KAREN READ,

Petitioner - Appellant,

v.

NORFOLK COUNTY SUPERIOR COURT; ANDREA J. CAMPBELL, Massachusetts Attorney General,

Respondents - Appellees.

### MANDATE

Entered: April 18, 2025

In accordance with the judgment of March 27, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thomas E. Bocian
Alan J. Jackson
Michael Francis Pabian
Caleb J. Schillinger
Martin G. Weinberg
David Ronald Yannetti