UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Karen Read
    **Petitioner**

    v.

                              **Civil Action No. 1:25-cv-10399-FDS**

Norfolk County Superior Court et al
    **Respondent(s)**
_____

**ORDER OF DISMISSAL**

**Saylor, C. J.**

In accordance with the Court's MEMORANDUM AND ORDER dated March 13, 2025), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

3/13/2025                                       /s/ Melonie Cooke
Date                                                 Deputy Clerk